UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: James Gamble
Case No. 08-10333-MWV
Chapter 13
Debtor

FILED
2009 MAR 20 A 9:47
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH.

## AMENDED TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS

I, LAWRENCE P. SUMSKI, Chapter 13 Trustee, being duly sworn, do solemnly swear on my oath and say:

1. That certain disbursements authorized by the Court have been unable to be consummated in the above-cited Chapter 13 case, and the case is otherwise ready to be closed.

2. That pursuant to § 347(a) and Rule 3011 I have now cancelled a disbursement check, to wit:

   check #4779
   Issued on: December 1, 2008
   Issued to: Attorney Suzan Messina & James Gamble
   In the amount of $8,053.80

3. That the original, now cancelled check was sent to the debtor via his attorney, Suzan Messina, at 50 Nashua Road, Suite 213, Londonderry, NH 03053 with a copy of the correspondence being sent contemporaneously to the debtor at his stated address of 359 Route 11, New Durham, NH 03855.

4. That my replacement check number 4891 in the amount of $8,053.80, payable to the Clerk of Court was previously hand-delivered to the Court, and these should be considered unclaimed funds.

I hereby certify the above-cited information to be true to the best of my knowledge.

Dated: March 18, 2009

Respectfully submitted

*Lawrence P. Sumski*
Lawrence P. Sumski,
Chapter 13 Trustee
815 Elm Street, 5th Fl.
Manchester, NH 03101
(603) 626-8899
ID# BNH01460

On this the 18th day of March, 2009 before me, personally appeared Lawrence P. Sumski satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same voluntarily and for the purposes therein contained.

Before me,

*Priscilla Johnson-Bernard*
Notary Public

PRISCILLA JOHNSON-BERNARD
Notary Public - New Hampshire
My Commission Expires March 24, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 18th day of March, 2009, a copy of the foregoing Amended Affidavit of Unclaimed Funds was forwarded, electronically or by first class mail to Debtor, Debtor's Attorney, and AUST Geraldine Karonis.

Dated: March 18, 2009          /s/ Lawrence P. Sumski
                               Lawrence P. Sumski